**William M. JOHNSON, Jr. v. J. Clement JACKSON, Appellant.**

**No. 9717.**

United States Court of Appeals
Third Circuit.

Argued Jan. 18, 1949.

Decided Jan. 27, 1949.

Peter P. Zion, of Philadelphia, Pa., for appellant.

Charles F. Phillips, of Philadelphia, Pa., for appellee.

Before GOODRICH, McLAUGHLIN, and O'CONNELL, Circuit Judges.

PER CURIAM.

We do not find in this case any issue of law or fact which was not satisfactorily discussed and disposed of by the opinion of the District Court. 82 F.Supp. 915. We, therefore, affirm on that opinion. Judge O'Connell would not give the plaintiff interest or costs in this Court. To that extent he dissents. He does, however, join in affirmance subject to the exception mentioned.

The judgment will be affirmed.

**UNITED STATES of America v. Benjamin J. HAYNES et al., Appellants.**

**No. 9830.**

United States Court of Appeals
Third Circuit.

Argued Feb. 21, 1949.

Decided March 1, 1949.

J. Harry Pershing, of Pittsburgh, Pa. (Van A. Barrickman, of Pittsburgh, Pa., on the brief), for appellants.

W. Wendell Stanton, Asst. U. S. Atty., of Pittsburgh, Pa. (Owen M. Burns, U. S. Atty., of Pittsburgh, Pa., on the brief), for appellee.

Before GOODRICH, WALLER, and KALODNER, Circuit Judges.

PER CURIAM.

The points made by the appellant in this case were presented to the District Court and considered in an opinion filed by him. 81 F.Supp. 63. We have made independent examination of the points and our conclusion is that neither singly nor collectively is there anything in them meriting reversal.

The judgment of the District Court will be affirmed

**Phyllis H. BONSALL v. PENNSYLVANIA RAILROAD COMPANY, Appellant.**

**No. 9671.**

United States Court of Appeals
Third Circuit.

Argued Dec. 7, 1948.

Decided Feb. 25, 1949.

Philip Price, of Philadelphia, Pa. (Harold P. Dicke and Barnes, Dechert, Price, Smith & Clark, all of Philadelphia, Pa., on the brief), for appellant.

Joseph S. Lord, III, of Philadelphia, Pa. (Richter, Lord & Farage, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and MARIS and O'CONNELL, Circuit Judges.

PER CURIAM.

The appellant has endeavored to set up numerous grounds for reversal and has urged each of them vigorously on this court. We have considered them carefully and can find no adequate basis for setting aside the judgment of the court below.

Accordingly the judgment will be affirmed.